**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JOE MORGAN                                                                                                    PETITIONER
ADC #94725

v.                                            NO. 5:14CV00017 JLH-JTR

RAY HOBBS, Director,
Arkansas Department of Correction                                                           RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this 28 U.S.C. § 2254 action is DISMISSED, WITHOUT PREJUDICE.

DATED this 31st day of March, 2014.

_____
UNITED STATES DISTRICT JUDGE